# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA, KANSAS

| | |
|---|---|
| ELVIS GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| BUTTONWOOD TREE, GR LLC | ) |
| (Foreign Corp.), and BROAD | ) |
| MANAGEMENT GROUP LLC | ) |
| (Foreign Corp.), | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT

COMES NOW Plaintiff, ELVIS GREEN, by and through counsel, William L. Barr, Jr., of Bull Attorneys, P.A. for his Complaint against Defendants, BUTTONWOOD TREE GR, LLC (BUTTONWOOD) and BROAD MANAGEMENT GROUP, LLC (BROAD), and pleading hypothetically and in the alternative states:

1. Plaintiff, ELVIS GREEN, is a citizen and resident of Wichita, Sedgwick County, Kansas.

2. Defendant, BUTTONWOOD TREE GR LLC, is a Delaware corporation, having its principal place of business in a State other than the State of Kansas. All members of Defendant, BUTTONWOOD, reside, are domiciled, and are citizens of states other than Kansas. Defendant, BUTTONWOOD, operates its business both in Kansas and throughout the United States. It may be served in Kansas at its registered office at 404 SW Westchester Road, Topeka, KS 66606 through its registered agent Comstock Search Reporting, Inc.

3. Defendant, BROAD MANAGEMENT GROUP LLC, is a New York Corporation that has its principal place of business in a State other than the State of Kansas. Defendant, BROAD,

1

    maintains and operates its business both in Kansas and throughout the United States. All members of Defendant, BROAD, reside, are domiciled, and are citizens of states other than Kansas. It may be served in Kansas at its registered office at 404 SW Westchester Road, Topeka, KS 66606 through its registered agent Comstock Search Reporting, Inc.

4. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00) exclusive of interest and costs.

5. At all times herein relevant, Defendants, BUTTONWOOD, and BROAD, acting individually or together as agents, partners, and as a joint venture owned, controlled, managed, maintained, and rented the property known as Buttonwood Tree Apartments to members of the general public.

6. Prior to January 1, 2021 Defendants, BUTTONWOOD, and BROAD, acting individually, as well as by their agents, rented a second-floor apartment to Plaintiff, ELVIS GREEN, at the Buttonwood Tree Apartments which he could access by climbing an outdoor stairway that was a common area available to all persons wishing to access apartments on its second floor including the apartment rented by Plaintiff, ELVIS GREEN.

7. At all times herein relevant, the above-mentioned stairway was held out by Defendants, BUTTONWOOD and BROAD, as a common area of the commercial property known as Buttonwood Tree Apartments.

8. On December 29th 2020, a winter storm moved into the state of Kansas resulting in freezing rain, sleet, and snow in the City of Wichita as well as the rest of Kansas.

9. Prior to January 1, 2021, residents at Buttonwood Tree Apartments notified the agents and employees of Defendants, BUTTONWOOD and BROAD that its common areas needed

treatment because they were unsafe for walking due to accumulations ice and snow.

10. Prior to January 1, 2021, Defendants' agents knew or reasonably should have known of the icy unsafe condition of the common area stairway to Plaintiff's second floor apartment.

11. On January 1, 2021, and at all times herein relevant, Plaintiff, ELVIS GREEN, was in the exercise of reasonable care for his own safety.

12. On January 1, 2021, Plaintiff, ELVIS GREEN, descended the common area stairway from his second floor apartment to the ground level and was caused to fall on its landing by the ice that had been allowed to accumulate and remain in that location.

## COUNT I – BUTTONWOOD

13. At the abovementioned time and place and at all other times herein relevant, Defendant, BUTTONWOOD, individually or acting in concert or by and through its agents wantonly and knowingly committed one or more of the following negligent acts or omissions:

    a) Failed to maintain the subject premises in a reasonably safe condition;

    b) Ignored repeated requests by its tenants to remove or treat ice on its premises;

    c) Failed to treat or remove hazardous ice from common access areas on its premises within a reasonable amount of time;

    d) Violated its duty of ordinary or reasonable care to its renters;

    e) Failed to inspect the condition of its common area stairways for ice and snow;

    f) Failed to sand, salt or treat accumulated ice in common area stairways utilized by tenants;

    g) Knowingly failed to treat or clear away dangerous ice and snow accumulations from the common areas including the outdoor stairways on its premises;

    h) Knowingly failed to warn of accumulated ice on the common area stairways of its

      premises;

  i)  Violated the Wichita Building Code as well as other codes applicable to commercial property in Wichita, Sedgwick County, Kansas;

  j)  W otherwise negligent in the control, maintenance and operation of the subject premises;

  k)  Other negligent actions and omissions that will be supplemented after discovery is complete.

14. As a proximate result of one or more of the above mentioned negligent, carless, and wrongful acts and or omissions, as well as reckless disregard for the safety of Buttonwood Tree Apartment tenants, Plaintiff, ELVIS GREEN, was proximately caused to fall and was permanently injured. He suffered a severely fractured ankle, torn ligaments, nerve tissue damage, he may have had aggravation to a pre-existing condition, and was otherwise permanently injured. He has suffered and will suffer great pain, disablement, disfigurement, has incurred and will incur great medical expense, has undergone surgery, has lost wages. He has and will suffer the loss of enjoyment of life. For the aforementioned damages, Plaintiff, ELVIS GREEN, has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

## **COUNT II – BROAD**

15. At the abovementioned time and place and at all other times herein relevant, Defendant, BROAD, individually or acting in concert or by and through its agents wantonly and knowingly committed one or more of the following negligent acts or omissions:

  a)  Failed to maintain the subject premises in a reasonably safe condition;

  b)  Ignored repeated requests by its tenants to remove or treat ice on the premises;

c) Failed to treat or remove hazardous ice from common access areas on its premises within a reasonable amount of time;

d) Violated its duty of ordinary or reasonable care to its renters;

e) Failed to inspect the condition of its common area stairways for ice and snow;

f) Failed to sand, salt or otherwise treat accumulated ice in common area stairways utilized by tenants;

g) Ignored requests by its tenants to treat or clear away dangerous ice and snow accumulations from its common areas including the outdoor stairways on its premises;

h) Failed to warn of accumulated ice on the common area stairways of its premises;

i) Violated the Wichita Building Code as well as other codes applicable to commercial property in Wichita, Sedgwick County, Kansas;

j) Was otherwise negligent in the control, maintenance and operation of the subject premises;

k) Other negligent actions and omissions that will be supplemented after discovery is complete.

16. As a proximate result of one or more of the above mentioned negligent, carless, and wrongful acts and or omissions, as well as reckless disregard for the safety of Buttonwood Tree Apartment tenants, Plaintiff, ELVIS GREEN, was proximately caused to fall and was severely injured. He suffered a severely fractured ankle, torn ligaments, nerve tissue damage, may have had aggravation to a pre-existing condition, and was otherwise permanently injured. He has suffered and will suffer great pain, disablement, disfigurement, has incurred and will incur great medical expense, has undergone surgery, has lost wages.

He has and will suffer the loss of enjoyment of life. For the aforementioned damages, Plaintiff, ELVIS GREEN, has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

WHEREFORE, the Plaintiff, ELVIS GREEN, prays for judgment against Defendants, BUTTONWOOD and BROAD, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

**BULL ATTORNEYS, P.A.**

s/ *William L. Barr, Jr.*
William L. Barr, Jr. #26775
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400/Fax: 316-684-4405
bill@bullattorneys.com
*Attorneys for Plaintiff*

### DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW Plaintiff and demands a pretrial conference and a trial by jury of twelve (12) persons in this matter.

s/ *William L. Barr, Jr.*
William L. Barr, Jr., #26775

### DESIGNATION FOR PLACE OF TRIAL

COMES NOW Plaintiff and designates Wichita, Kansas as the place for trial in this matter.

s/ *William L. Barr, Jr.*
William L Barr, Jr. #26775